**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6045**

TERRELL BARTEL ANTHONY MILLER,

        Plaintiff - Appellant,

    v.

KYLE PRATT, ATF AGENT; AGENT SZENTIMARIA; UNITED STATES DISTRICT ATTORNEY FOR THE MIDDLE DISTRICT OF NORTH CAROLINA,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Senior District Judge. (1:15-cv-00491-NCT-JLW)

Submitted: March 30, 2017        Decided: April 4, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terrell Bartel Anthony Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrell Bartel Anthony Miller appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miller v. Pratt, No. 1:15-cv-00491-NCT-JLW (M.D.N.C. Dec. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED